FILED
FEB - 8 2008
RICHARD W. WIEKING
CLERK
NORTHERN U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALFRED ARTHUR SANDOVAL )
                        )
           Plaintiff,   )   CV 08       0865
                        )   CASE NO.
    vs.                 )
                        )   PRISONER'S
JAMES TILTON, ROBERT A. HOREL et.al. )   APPLICATION TO PROCEED
                        )   IN FORMA PAUPERIS          JSW
           Defendant.   )
_____)

(PR)

I, ALFRED A. SANDOVAL, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____N/A____   Net: ____N/A____

Employer: ____N/A____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

*Consolidated Frieghtway - Dock Worker  1984*

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

  a. Business, Profession or self employment                                    Yes ___ No _X_
  b. Income from stocks, bonds, or royalties?                                   Yes ___ No _X_
  c. Rent payments?                                                             Yes ___ No _X_
  d. Pensions, annuities, or life insurance payments?                           Yes ___ No _X_
  e. Federal or State welfare payments, Social Security or other government source?  Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

*N/A*

3. Are you married?                                Yes ___ No _X_
Spouse's Full Name: *N/A*
Spouse's Place of Employment: *N/A*
Spouse's Monthly Salary, Wages or Income:
Gross $ *N/A*    Net $ *N/A*
4.  a.  List amount you contribute to your spouse's support: $ *N/A*

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      _____ N/A _____
6      _____

7  5.  Do you own or are you buying a home?        Yes ___ No _X_
8  Estimated Market Value: $ __N/A__ Amount of Mortgage: $ __N/A__
9  6.  Do you own an automobile?                   Yes ___ No _X_
10 Make __N/A__ Year __N/A__ Model __N/A__
11 Is it financed? Yes ___ No _X_ If so, Total due: $ __N/A__
12 Monthly Payment: $ __N/A__
13 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __N/A__
15 _____
16 Present balance(s): $ __N/A__
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ __N/A__ Utilities: __N/A__
23 Food: $ __N/A__ Clothing: __N/A__
24 Charge Accounts:

25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 __N/A__                $ __N/A__               $ __N/A__
27 _____             $ _____            $ _____
28 _____             $ _____            $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

Jan 24, 2008                    Alfred Sandoval
DATE                            SIGNATURE OF APPLICANT

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Alfred Sandoval D61000</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>86.67</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>249.36</u>.   (20%= $49.87)

Dated: 1/28/08

_____
Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

1
2                                                              **Case Number:** _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                              **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _ALFRED ARTHUR SANDOVAL_ for the last six months
                                                [prisoner name]
14   _PELICAN BAY STATE PRISON_____ where (s)he is confined.
          [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____                         _____
                                                 [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

- 5 -

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 25, 2008

ACCOUNT NUMBER : D61000                         BED/CELL NUMBER: DF02L 000000105L
ACCOUNT NAME   : SANDOVAL, ALFRED                  ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY
```

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | | | | 107.42 |
| 07/02 | W512 | LEGAL POSTAGE | 0021 | | | 1.14 | 106.28 |
| 07/03 | FC05 | DRAW-FAC 5 | 0039 D-2 | | | 45.00 | 61.28 |
| 07/05 | W502 | POSTAGE CHARG | 0069 | | | 0.41 | 60.87 |
| 07/11 | W502 | POSTAGE CHARG | 0200 | | | 0.02 | 60.85 |
| 07/11 | W502 | POSTAGE CHARG | 0200 | | | 0.02 | 60.83 |
| 07/11 | W502 | POSTAGE CHARG | 0200 | | | 0.26 | 60.57 |
| 07/13 | W502 | POSTAGE CHARG | 0279 | | | 0.41 | 60.16 |
| 07/13 | W502 | POSTAGE CHARG | 0279 | | | 0.03 | 60.13 |
| 07/13 | W501 | SHIPPING CHAR | 0282/FEDEX | | | 6.21 | 53.92 |
| 07/13 | W517 | WRAP/S | 0282/FEDEX | | | 0.50 | 53.42 |
| 07/17 | D340 | EFT DEPOSIT | 0297JP#026 | | 30.00 | | 83.42 |
| 07/23 | W502 | POSTAGE CHARG | 0382 | | | 0.02 | 83.40 |
| 07/25 | W502 | POSTAGE CHARG | 0426 | | | 0.26 | 83.14 |
| 08/02 | FC05 | DRAW-FAC 5 | 0544 D2 | | | 45.00 | 38.14 |
| 08/03 | W502 | POSTAGE CHARG | 0579 | | | 0.02 | 38.12 |
| 08/06 | W532 | DAMAGES - PER | 0626 | | | 5.50 | 32.62 |
| 08/13 | W502 | POSTAGE CHARG | 0740 | | | 0.02 | 32.60 |
| 08/13 | W502 | POSTAGE CHARG | 0741 | | | 0.02 | 32.58 |
| 08/14 | D340 | EFT DEPOSIT | 0769JP#061 | | 90.00 | | 122.58 |
| 08/14 | W502 | POSTAGE CHARG | 0782 | | | 0.41 | 122.17 |
| 08/14 | W502 | POSTAGE CHARG | 0782 | | | 0.97 | 121.20 |
| 08/17 | W502 | POSTAGE CHARG | 0835 | | | 0.41 | 120.79 |
| 08/23 | D300 | CASH DEPOSIT | 0915 #37 | | 100.00 | | 220.79 |
| 09/05 | W512 | LEGAL POSTAGE | 1064 | | | 1.65 | 219.14 |
| 09/05 | FC05 | DRAW-FAC 5 | 1078 D-2 | | | 45.00 | 174.14 |
| 09/26 | D300 | CASH DEPOSIT | 1444 #61 | | 100.00 | | 274.14 |
| 09/28 | D300 | CASH DEPOSIT | 1481 #63 | | 50.00 | | 324.14 |
| 10/02 | FC05 | DRAW-FAC 5 | 1546 D-2 | | | 45.00 | 279.14 |
| 10/03 | D300 | CASH DEPOSIT | 1576 #66 | | 20.00 | | 299.14 |
| 10/04 | W502 | POSTAGE CHARG | 1634 | | | 0.41 | 298.73 |
| 10/10 | W516 | LEGAL COPY CH | 1707 | | | 3.10 | 295.63 |
| 10/12 | W502 | POSTAGE CHARG | 1735 | | | 0.41 | 295.22 |
| 10/26 | W512 | LEGAL POSTAGE | 1933 | | | 1.82 | 293.40 |
| 11/05 | W516 | LEGAL COPY CH | 2027 | | | 2.40 | 291.00 |
| 11/05 | FC05 | DRAW-FAC 5 | 2040 D-2 | | | 45.00 | 246.00 |
| 11/06 | W536 | COPAY CHARGE | 2094M11/01 | | | 5.00 | 241.00 |
| 11/09 | D300 | CASH DEPOSIT | 2155 #92 | | 100.00 | | 341.00 |
| 11/15 | W501 | SHIPPING CHAR | 2240FEDEX | | | 5.93 | 335.07 |
| 11/15 | W517 | WRAP/S | 2240FEDEX | | | 0.50 | 334.57 |
| 11/29 | W516 | LEGAL COPY CH | 2348 | | | 0.90 | 333.67 |
| 12/04 | FC05 | DRAW-FAC 5 | 2417 D-2 | | | 45.00 | 288.67 |
| 12/10 | W512 | LEGAL POSTAGE | 2516 | | | 2.16 | 286.51 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 01-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                                     PELICAN BAY STATE PRISON
                                    INMATE TRUST ACCOUNT STATEMENT

                              FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 25, 2008

ACCT:   D61000         ACCT NAME: SANDOVAL, ALFRED                      ACCT TYPE: I
        TRAN
DATE    CODE    DESCRIPTION       COMMENT         CHECK NUM   DEPOSITS    WITHDRAWALS       BALANCE
------  ----    -----------       -------         ---------   --------    -----------       -------
12/11   W501    SHIPPING CHAR     2526                                         5.82          280.69
12/11   W517    WRAP/S            2526                                         0.50          280.19
12/14   W502    POSTAGE CHARG     2567                                         0.41          279.78
12/14   W502    POSTAGE CHARG     2567                                         0.41          279.37
12/14   W502    POSTAGE CHARG     2567                                         0.41          278.96
12/14   W502    POSTAGE CHARG     2567                                         0.41          278.55
12/14   W502    POSTAGE CHARG     2567                                         0.41          278.14
12/14   W502    POSTAGE CHARG     2567                                         0.41          277.73
12/14   W502    POSTAGE CHARG     2567                                         0.41          277.32
12/14   W502    POSTAGE CHARG     2567                                         0.41          276.91
12/17   W502    POSTAGE CHARG     2590                                         0.97          275.94
12/18*  W512    LEGAL POSTAGE     2605                                         0.24          275.70
12/18   W516    LEGAL COPY CH     2609                                         6.30          269.40
12/19   W536    COPAY CHARGE      2635M12/14                                   5.00          264.40
12/26   W415    CASH WITHDRAW     2696 CKREQ 283149280                        49.88          214.52
        ACTIVITY FOR 2008
01/03   FC05    DRAW-FAC 5        2804 0-2                                    45.00          169.52
01/09   D300    CASH DEPOSIT      2884 #133                     30.00                        199.52
01/10   W502    POSTAGE CHARG     2929                                         0.41          199.11
01/10   W502    POSTAGE CHARG     2935                                         0.41          198.70
01/17   W516    LEGAL COPY CH     3044                                         1.00          197.70
01/17   W502    POSTAGE CHARG     3052                                         0.41          197.29
01/17   W502    POSTAGE CHARG     3065                                         0.41          196.88
01/18   W502    POSTAGE CHARG     3072                                         0.41          196.47
01/22   W502    POSTAGE CHARG     3129                                         0.41          196.06
01/22   W502    POSTAGE CHARG     3129                                         0.41          195.65
01/22   W502    POSTAGE CHARG     3129                                         0.41          195.24
01/22   W502    POSTAGE CHARG     3129                                         0.41          194.83

                                     TRUST ACCOUNT SUMMARY

    BEGINNING       TOTAL          TOTAL         CURRENT         HOLDS        TRANSACTIONS
     BALANCE       DEPOSITS     WITHDRAWALS      BALANCE        BALANCE       TO BE POSTED
    ---------      --------     -----------      -------        -------       ------------
      107.42        520.00         432.59         194.83          0.00            0.26
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
   TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------
 194.57