## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, _ALFRED A. SANDOVAL_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the _____ day of _____, in the year of 20___, I served the following documents: (set forth the exact title of documents served)

_COMPLAINT UNDER THE CIVIL RIGHTS ACT : 42 USC § 1983_

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

_NORTHERN DISTRICT OF CALIFORNIA_
_U.S. COURTHOUSE_
_450 GOLDEN GATE AVENUE_
_SAN FRANCISCO, CA._
_94102_

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _1st_ day of _FEBRUARY_, 20_08_.

Signed: _Alfred Sandoval_
(Declarant Signature)

Rev. 12/06