TO:

THE CLERK of THE U.S. DISTRICT COURT (NORTHERN)

THIS IS IN REGARD TO my CIVIL COMPLAINT
Alfred SANDOVAL V. D. BARNEBURG CASE # C08-0865
JSW (PR).

ON MAY 7TH 2008 THIS COURT GRANTED ME IN FORMA
PAUPRIS & I WOULD LIKE TO REQUEST THE LOCAL
RULES of COURT

THANK YOU VERY MUCH FOR YOUR TIME

Alfred Sandoval

Alfred A. SANDOVAL, D# 64000
SHU D2 105 P.O. BOX 7500
CRESCENT CITY, CALIFORNIA
95532

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-2

CLERK U.S. DISTRICT COURT
NORTHERN...