IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFRED A. SANDOVAL,
    PLAINTIFF

VS.

D. BARNEBURG, et al.
    DEFENDANTS

NO. C08-0865 JSW (PR)

AFFIDAVIT OF PLAINTIFF IN SUPPORT OF MOTION

FILED
08 JUN -2 PM 4:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, ALFRED A. SANDOVAL, CDCR# D-61000 DO STATE THE FOLLOWING:

1.) THAT I AM THE PLAINTIFF IN THIS ACTION

2.) THAT I AM NOT SCHOOLED IN THE SCIENCE OF LAW AND DEPEND ON THE HELP OF FELLOW PRISONERS AS TO THE COMPLAINT, INCLUDING THIS MOTION.

3.) THAT THE MOTION SUBMITTED TO THIS COURT IS TO ALLOW ME, AS A PRO SE LITIGANT, TO CORRECT VIA AMENDED COMPLAINT THE ERRORS MADE IN MY ORIGINALLY FILED COMPLAINT.

4.) NAMELY, TO CORRECTLY IDENTIFY PARTIES TO THEIR ACTIONS THAT WILL STATE COGNIZABLE CLAIMS

5.) AND IN ORDER TO SUBMIT ADDITIONAL PARTIES TO THE COMPLAINT AS WELL AS TO PARTIES THIS COURT MADE NO REFERENCE TO IN ITS ORDER

VERIFICATION

I HAVE READ THE AFOREMENTIONED AND STATE ITS CONTENTS TO BE TRUE AND CORRECT. AND THIS I DO DECLARE UNDER PENALTY OF PERJURY. EXECUTED THIS DAY AT PELICAN BAY STATE PRISON.

DATE: May 23, 2008    s/ Alfred A. Sandoval
    ALFRED A. SANDOVAL