IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFRED SANDOVAL,
                    PLAINTIFF
        vs.
D. BARNEBURG, et. al.
                    DEFENDANTS

NO. C08-0865 JSW (PR)

[PROPOSED] ORDER

FILED
JUN - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF'S MOTION TO STAY AND PARTIAL VACATE OF THIS DISTRICT COURT'S MAY 7, 2007 ORDER HAVING BEEN CONSIDERED BY THIS COURT, AND GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED THAT THIS COURT'S ORDER TO DEFENDANTS AS TO DISPOSITIVE MOTIONS IS VACATED. AND FURTHER ORDER THAT THE DEFENDANTS DISMISSED BY THIS COURT BE DISMISSED WITHOUT PREJUDICE. ALLOWING FOR PLAINTIFF TO AMEND HIS COMPLAINT AND CORRECT DEFECTS AS TO DEFENDANTS, AND ALLOWED TO CONDUCT PROPER DISCOVERY PURSUANT TO RULE 15(a) AND RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

DATED: MAY 29 2008

JEFFERY S. WHITE
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY MAIL

(C.C.P. section 101a #2015.5, 20 U.S.C. section 1746)

I, __ALFRED SANDOVAL__, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below entitled action.

My Address is: P.O. Box 7500; Crescent City, CA 95531.

X On the _____ day of _____, in the year of 20___, I served the following documents: (set forth the exact title of documents served)

__MOTION FOR STAY OF AND PARTIAL VACATE OF DISTRICT COURT ORDER PURSUANT TO RULE 15(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE 7-1.2 OF THE LOCAL RULES__

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United states mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

__OFFICE OF THE CLERK__
__NORTHERN DISTRICT OF CALIFORNIA__
__450 GOLDEN GATE AVENUE__
__SAN FRANCISCO, CA__
__94102__

I declare under penalty of perjury that the foregoing is true and correct.

X Dated this __29__ day of __MAY__, 20__08__.

X Signed: __Alfred Sandoval__
(Declarant Signature)

Rev: 03/10/00