IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-2

FILED
08 JUN 26 PM 12:45
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALFRED ARTHUR SANDOVAL,
       PLAINTIFF
VS.
D. GARNEBURG, et. al.,
       DEFENDANTS

NO C08-0865 JSW (PR)

MOTION FOR COURT ORDER DIRECTING DEFENDANTS' COUNSEL OR DEFENDANTS TO PROVIDE ADDRESSES OF OUTSTANDING DEFENDANTS FOR PURPOSE OF SERVICE OF SUMMONS PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLAINTIFF MOTIONS THIS COURT FOR AN ORDER COMPELLING THE LOCATION OF OUTSTANDING DEFENDANTS IN ORDER TO COMPLETE SERVICE OF SUMMONS AND COMPLAINT PURSUANT TO RULE 4 OF FEDERAL RULES OF CIVIL PROCEDURE.

ON MAY 7, 2008 THIS COURT GRANTED PLAINTIFF IN FORMA PAUPERIS STATUS AND ORDERED ISSUANCE OF SUMMONS AND THE UNITED STATES MARSHAL TO CONDUCT SERVICE. ON MAY 20, 2008 UNITED STATES MARSHALS NOTIFIED PLAINTIFF THEY WERE UNABLE TO LOCATE AND CONDUCT SERVICE ON CORRECTIONAL OFFICERS J. REYES, BISHOP AND TAMAYO ON THE BASIS THAT THEY ARE EMPLOYED AT A PRISON OTHER THAN PELICAN BAY STATE PRISON, SEE PROCESS RECEIPT EXHIBIT A.

IN ORDER TO COMPLETE SERVICE PLAINTIFF HAS ATTEMPTED TO OBTAIN EMPLOYMENT ADDRESSES OF THE THREE OUTSTANDING DEFENDANT. SEE INMATE REQUEST FORMS IN EXHIBIT A.

IN ORDER TO COMPLETE SERVICE PLAINTIFF REQUESTS THIS COURT TO ISSUE AN ORDER TO EITHER COUNSEL FOR DEFENDANTS, THE WARDEN OF PBSP ROBERT A. HOREL, OR TO CAPTAIN R. MARQUEZ[1] TO PROVIDE THE EMPLOYMENT ADDRESSES OF OUTSTANDING DEFENDANTS TO EITHER PLAINTIFF OR UNITED STATES MARSHALS.

VERIFICATION

I HAVE READ THE AFOREMENTIONED AND STATE ITS CONTENTS ARE TRUE AND CORRECT, AND THIS I DO DECLARE UNDER THE PENALTY OF PERJURY. EXECUTED THIS DAY AT PELICAN BAY STATE PRISON, CRESCENT CITY, CALIF.

DATE: _____, 2008  /s/_____

---
1. IS ATTACHED TO THE OFFICE OF CORRECTIONAL SECURITY (OCS) AND UNDER INFORMATION WAS IN CHARGE OF THE SPECIAL OPERATIONS AND ITS PERSONNEL CONDUCTED AT PBSP ON FEBRUARY 2, 2007 FROM WHENCE THIS COMPLAINT ARISES.

# EXHIBIT COVER PAGE 

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: __5__ pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☒ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT D-2

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Alfred Arthur Sandoval | 08-865JSW |
| DEFENDANT | TYPE OF PROCESS |
| James Tilton et al., | Complaint, Order, Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C.O. J. Reyes
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Pelican Bay State Prison, 5905 Lake Earl Drive, Crescent City, CA 95531

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Alfred Sandoval
D61000
P.O. Box 7500
Crescent City, CA 95532

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 415-522-4261
DATE: 5/9/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) — Total Process: 1 — District of Origin No. 11 — District to Serve No. 11 — Signature of Authorized USMS Deputy or Clerk — Date: 5/12/08

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date | Time | ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 5/14/08 - No Records of this individual working or having worked at Pelican Bay State Prison

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-2

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Alfred Arthur Sandoval | 08-865JSW |
| DEFENDANT | TYPE OF PROCESS |
| James Tilton et al., | Complaint, Order, Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C.O. Bishop

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Pelican Bay State Prison, 5905 Lake Earl Drive, Crescent City, CA 95531

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Alfred Sandoval
D61000
P.O. Box 7500
Crescent City, CA 95532

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: HILARY JACKSON

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 415-522-4261
DATE: 5/9/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 6/2/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 5/14/08 - No record of this individual working or having worked at PBSP.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-2

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Alfred Arthur Sandoval | 08-865JSW |
| DEFENDANT | TYPE OF PROCESS |
| James Tilton et al., | Complaint, Order, Summons |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  C.O. Tamayo
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  Pelican Bay State Prison, 5905 Lake Earl Drive, Crescent City, CA 95531

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Alfred Sandoval
D61000
P.O. Box 7500
Crescent City, CA 95532

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
WILLIAM JACKSON
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 415-522-4261
DATE: 5/9/08

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 11 | No. 11 | R. Jau | 5/12/08 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| | | [ ] am [ ] pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 6/14/08- No Record of this individual working or having worked at Pelican Bay State Prison.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| STATE OF CALIFORNIA<br>GA-22 (9/92) | | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTIONS | |
|---|---|---|---|---|---|
| DATE<br>5/22/08 | TO,<br>Litigation Officer D. Barlow | | FROM (LAST NAME)<br>Sandoval | CDC NUMBER<br>D#61000 | |
| HOUSING<br>D2 | BED NUMBER<br>105 | WORK ASSIGNMENT<br>PELICAN BAY STATE PRISON SECURITY HOUSING UNIT<br>N/A UNIT D-2 | | JOB NUMBER<br>FROM | TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | | ASSIGNMENT HOURS<br>FROM | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I need the current place of employment for c/o's Bishop, c/o Tamayo & c/o J. Reyes who were all part of a Special Ops Task Force here at P.B.S.P. on 2/2/07. I received notice from the U.S. Marshalls office that these c/o's could not be located at P.B.S.P.

---

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | | DATE<br>6-16-08 |
|---|---|---|
| DISPOSITION | I do not know these people. If it was a gang issue perhaps IGI could assist. | |

| STATE OF CALIFORNIA GA-22 (9/92) | | | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTIONS | |
|---|---|---|---|---|---|---|
| DATE 6-16-08 | TO ~~SGT. W. BARNES~~ TO: SANDOVAL | | | FROM (LAST NAME) | | CDC NUMBER D# 61000 |
| HOUSING D2 | BED NUMBER 105 | WORK ASSIGNMENT PELICAN BAY STATE PRISON | | | JOB NUMBER FROM   TO | |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | SECURITY HOUSING UNIT UNIT D-2 | | | ASSIGNMENT HOURS FROM   TO | |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

C/O's J. Reyes, C/O Bishop & C/O Tamayo participated in the Special Ops at PBSP on 2/2/0 They are named defendants but I don't have address of prison(s) where they work so that U.S Marshall's can execute service

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

That info is handled through the attorney generals office via litigation - CCII Barlow

DISPOSITION

Barnts

DATE

## PROOF OF SERVICE BY MAIL

(C.C.P. section 101a #2015.5, 20 U.S.C section 1746)

I, **Alfred Sandoval**, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below entitled action.

My Address is: P.O. Box 7500; Crescent City, CA 95531.

On the **23** day of **JUNE**, in the year of 20**08**, I served the following documents: (set forth the exact title of documents served)

**Motion for Court Order directing Defendant Counsel to Provide Addresses of Outstanding Defendants for Purpose of Service of Summons Pursuant to Fed. Rule 4. of Civil Procedure**

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postaage thereon fully paid, in the United states mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

| U.S. Northern Dist. of Ca. <br> U.S. Courthouse <br> 450 Golden Gate Ave. <br> San Francisco, Ca. 94102-3483 | **CA ATTY GENERAL'S OFFICE** <br> 1300 'I' ST. SUITE 1101 <br> P.O. BOX ~~94265~~ **94255** <br> SACRAMENTO, CA 94244-2550 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this **23** day of **JUNE**, 20**08**.

Signed: **Alfred Sandoval**
(Declarant Signature)

Rev: 03/10/00