Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

RECEIVED
08 JUN 30 PM 12:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: CV-08-0865 JSW (PR)

Sir;

I would like to know the status of my case - Sandoval v. Tilton

Thank you very much

Alfred A. Sandoval
/s/ Alfred Sandoval

June 25, 2008

Alfred Sandoval, D#61000
SHU D2 105 P.O. Box 7500
Crescent City, California
95532