IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALFRED ARTHUR SANDOVAL,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D. BARNEBURG, et al.,**<br><br>　　　　　　　　　　Defendants. | C 08-0865 JSW (PR)<br><br>**[PROPOSED] ORDER** |

　　　　Defendants D. Barneburg, J. Beeson, C. Countess, J. Puente, M. Sayre, M.D., S. Risenhoover, and J. Flowers filed a request for a 90-day extension of time up to and including October 6, 2008, to file a dispositive motion. The Court has read and considered Defendants' request and good cause appearing,

　　　　IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and including October 6, 2008, to file a dispositive motion is GRANTED. Accordingly, any opposition by Plaintiff to Defendants' dispositive motion shall be filed on or before November 5, 2008. Any reply brief by Defendants shall be filed on or before November 20, 2008.

Dated: _____    _____
　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge

[Proposed] Order Granting Defs.' *Ex Parte*　　　　　　　　　　　　*A. A. Sandoval v. D. Barneburg, et al.*
Req. for Extension of Time　　　　　　　　　　　　　　　　　　　　Case No. C 08-0865 JSW (PR)

1