IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED A. SANDOVAL,, | ) | No. C 08-0865 JSW (PR) |
| Plaintiff, | ) ) | **ORDER DENYING MOTION FOR COUNSEL** |
| vs. | ) ) | |
| D. BARNEBURG, et al., | ) ) | **(Docket No. 19)** |
| Defendants. | ) ) ) | |

    Plaintiff has filed a motion seeking appointment of counsel to represent him (docket no. 19). However, there is no constitutional right to counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation. *See Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981); *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997) (no constitutional right to counsel in § 1983 action), *withdrawn in part on other grounds on reh'g en banc*, 154 F.3d 952 (9th Cir. 1998) (en banc). A court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1).

    The decision to request counsel to represent an indigent litigant under § 1915 is within "the sound discretion of the trial court and is granted only in exceptional circumstances." *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). A finding of the "exceptional circumstances" of the plaintiff seeking assistance requires an evaluation of the likelihood of the plaintiff's success on the merits and an evaluation of the plaintiff's ability to articulate his claims pro se in light of the complexity of the legal

1  issues involved.  *See Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103
2  (9th Cir. 2004); *Rand*, 113 F.3d at 1525;  *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th
3  Cir. 1991); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).  Both of these
4  factors must be viewed together before reaching a decision on a request for counsel
5  under § 1915.  *See id.*   Plaintiff's motion is DENIED without prejudice, for want of
6  exceptional circumstances (docket no. 19).
7      IT IS SO ORDERED.
8  DATED:   07/16/08
9  
10                                     _____
                                       JEFFREY S. WHITE
                                       United States District Judge

2

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALFRED ARTHUR SANDOVAL,

        Plaintiff,

  v.

JAMES TILTON et al,

        Defendant.

Case Number: CV08-00865 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred Arthur Sandoval D61000
Pelican Bay State Prison
D2-105
P.O.Box 7500
Crescent City, CA 95532

Dated: July 16, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk