FILED
2008 JUL 16 AM 9: 15
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ALFRED ARTHUR SANDOVAL,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>D. BARNEBURG, et al.,<br><br>　　　　　　　　　　　Defendants. | C 08-0865 JSW (PR)<br><br>[PROPOSED] ORDER<br><br>(Docket No. 17) |
|---|---|

Defendants D. Barneburg, J. Beeson, C. Countess, J. Puente, M. Sayre, M.D., S. Risenhoover, and J. Flowers filed a request for a 90-day extension of time up to and including October 6, 2008, to file a dispositive motion. The Court has read and considered Defendants' request and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and including October 6, 2008, to file a dispositive motion is GRANTED. Accordingly, any opposition by Plaintiff to Defendants' dispositive motion shall be filed on or before November 5, 2008. Any reply brief by Defendants shall be filed on or before November 20, 2008.

Dated: 07/16/08

The Honorable Jeffrey S. White
U. S. District Judge

[Proposed] Order Granting Defs.' *Ex Parte*
Req. for Extension of Time

*A. A. Sandoval v. D. Barneburg, et al.*
Case No. C 08-0865 JSW (PR)

1

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALFRED ARTHUR SANDOVAL,

        Plaintiff,

v.

JAMES TILTON et al,

        Defendant.

Case Number: CV08-00865 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred Arthur Sandoval D61000
Pelican Bay State Prison
D2-105
P.O.Box 7500
Crescent City, CA 95532

Dated: July 16, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk