Clerk of the Court
Northern District Court

Re: Request for Status Report on Outstanding Motion / Alfred Sandoval
Case No. C08-0865 JSW (PR)



Dear Clerk,

On 5/7/08 this Court ordered issuance of service of summons on defendants. On 5/20/08 United States Marshalls notified Plaintiff that service could not be made on three defendants, because said defendants could not be located. Subsequently, on 6/19/08 Petitioner filed a motion for a court order to compel defendants to provide location of the three unserved defendants.

On that basis Petitioner is requesting the status of that motion and if the Court has addressed said motion and its decision.

Thank you for your time and consideration in this matter.

Respectfully
Alfred A. Sandoval
Alfred A. Sandoval

Date 7/28/08

Alfred Sandoval, D# 61000
SHU D2 105 P.O. Box 7500
Crescent City, California
95532

LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

MAILED FROM ZIPCODE 95531
AUG 06 2008
4004217666

Office of the Clerk, District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California
94102

9410 2336 61 0004