IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED A. SANDOVAL,<br><br>            Plaintiff,<br><br>   v.<br><br>D. BARNEBURG, et al.,<br><br>            Defendants.<br>_____ | No. C 08-0865 JSW (PR)<br><br>**ORDER** *NUNC PRO TUNC* |

   This Court's March 30, 2009 order is amended to omit Defendant Kersh from the list of dismissed Defendants, who were terminated from this action. Defendant Kersh shall be served as set forth in paragraph two of the conclusion.

   IT IS SO ORDERED.

DATED:  April 2, 2009

*Jeffrey S. White*

JEFFREY S. WHITE
United States District Judge